```
 1  RENE L. VALLADARES
    Federal Public Defender
 2  State Bar No. 11479
    RAQUEL LAZO
 3  Assistant Federal Public Defender
    411 E. Bonneville Avenue, Suite 250
 4  Las Vegas, Nevada 89101
    (702) 388-6577
 5  (Fax) 388-6261

 6  Attorneys for Aquino
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:11-cr-388-KJD-CWH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| KEITH HARE, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Keith Hare.

DATED this the __16__ day of February, 2012.

_____
DISTRICT COURT JUDGE